AO 91 (Rev. 11/11) Criminal Complaint                                    AUSA Andres Q. Almendarez (312) 371-7568

**FILED**
8/1/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                CASE NUMBER: 26 CR 419

JULIO DIAZ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about July 31, 2026, at Berwyn, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2) | knowingly possessed material, namely on and from an Apple iPhone 13 mobile device, IMEI 350108842628072, that contained images and videos of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor, such images having been shipped and transported using any means or facility of interstate or foreign commerce and in or affecting interstate commerce by other means, including by computer, and such images having been produced using materials that have been shipped and transported in and affecting interstate and foreign commerce by any means. |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

/s/Meghan Crooks (MDW w/ permission)

MEGHAN CROOKS
Special Agent, Federal Bureau of Investigation

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: August 1, 2026

*Judge's signature*

City and state: Chicago, Illinois                M. DAVID WEISMAN, U.S. Magistrate Judge
                                                 *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, MEGHAN CROOKS, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for ten years. My current responsibilities include the investigation of child exploitation and child pornography.

2. As part of my duties, I investigate violations of federal law, including the online exploitation of children, particularly in relation to violations of Title 18, United States Code, Sections 1591, 2251(a), 2252A, and 2422(b), which criminalize, among other things, the production, advertisement, possession, receipt, transportation of child pornography,[1] individuals attempting to persuade, induce, and entice minors to engage in sexual activity, and underage prostitution. I have gained experience in the conduct of such investigations through training in classes and work related to conducting these types of investigations. Specifically, I have received training in the Online Sexual Exploitation of Children. I have been involved in multiple search warrants, and arrests.

3. This affidavit is submitted in support of a criminal complaint alleging that Julio Diaz (DIAZ) has violated Title 18, United States Code, Sections

---

[1] As used in this affidavit, the term "child pornography" refers to any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(8)(a).

2252A(a)(5)(B) and (b)(2). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging DIAZ with possession and distribution of child pornography involving a prepubescent minor, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

4. This affidavit is based on my personal knowledge and information provided to me by other law enforcement agents and from persons with knowledge regarding relevant facts, including DIAZ.

## I. FACTS SUPPORTING PROBABLE CAUSE

### A. Summary of Probable Cause

5. As described more fully below, defendant JULIO DIAZ (DIAZ), a 41-year-old male, used an Apple iPhone 13, bearing IMEI 350108842628072, model number MLMM3LL/A, and serial number HHHGJ0QKX2 (hereinafter, the "Subject Phone"), to access the mobile application Telegram to store and distribute child pornography.

6. On or about July 31, 2026, the FBI executed a court-authorized search warrant at DIAZ's residence, located on the 2800 block of South Harvey Ave., Berwyn, Illinois (hereinafter, the "Subject Premises")[2], and recovered the Subject Phone. Law

---

[2] The search warrant was approved by the Hon. M. David Weisman on July 30, 2026. *See* 26M486 (under seal).

enforcement's preliminary search of the Subject Phone revealed that it has been used to possess and distribute child pornography.

7.     As described more fully below, the investigation has further revealed that DIAZ has used Telegram[3] to communicate online with individuals for the purpose of distributing and receiving child pornography. More specifically, the investigation has revealed that DIAZ has used the Subject Phone and Telegram account "kiwed1" (the "Subject Account") to possess, request and send child pornography.

**B.  Background of Investigation**

8.     On or about April 23, 2026, evidentiary items were seized during the execution of a federal search and arrest warrant operation for Subject 1 in California. During the execution of those warrants, a cell phone belonging to Subject 1 was seized. A review of Subject 1's cell phone revealed the application Telegram on Subject 1's cell phone and a Telegram chat with the Subject Account.

9.     A review of the Telegram chat between Subject 1 and the Subject Account revealed that between on or about December 11, 2025, through on or about April 14, 2026, the Subject Account sent approximately 20 videos depicting apparent CSAM. The following is a reproduction of messages sent between Subject 1 and the Subject Account on this chat thread:

---

[3] Based on my training and experience, I know that Telegram is a cloud-based instant messaging application featuring both standard cloud chats and optional "secret chats," user-to-user encryption capabilities, and local device data storage, and can be used on electronic devices, such as computers, smartphones such as an Apple iPhone, and computer tablets.

**December 16, 2025**

Subject 1:           [wink emoji] best part is when I feel my cock pushing the insides

Subject Account:    Yea. Guys say that

Subject Account:    Why do u like it?

Subject1:           Love feeling my cock braking their insides

Subject Account:    [Sends two videos depicting apparent CSAM and one image depicting non-CSAM child exploitation material.]

Subject Account:    "reply to Subject1: Love feeling my cock braking their insides" - Omg i never thought of that

**December 20, 2025**

Subject 1:           I saw this vid of a lil boy getting Dildo hard by some 10 inch one hestarted whispering is to big. Then he pull the huge Dildo out.

Subject Account:    Can i see the video?

Subject1:           I saw it when I was like 16

Subject1:           Haven't seem it since then

Subject Account:    Who showed it to u

Subject Account:    The boy sounds so lucky

Subject1:           Twitter haha

Subject1:           Before Twitter had lots of full vids n stuff

Subject1:           His whimpering was so hot

Subject Account:    Hot

**February 26, 2026**

Subject1:           where u stay

Subject Account:    Illinois

10. Subject 1 was arrested on or about April 23, 2026, by the San Bernardino County Sheriff's Department pursuant to a state arrest warrant for California Penal Code violation 288.6 – Lewd and Lascivious Acts with a minor under 14. That same day, a federal arrest warrant and criminal complaint were issued against Subject 1 in the District of California for violations of Title 18, United States Code, Sections 2251(a) (Production of Child Pornography) and 1470 (Transfer of Obscene Materials to a Minor).

11. On or about June 21, 2026, the Subject Account sent approximately three videos depicting apparent CSAM to a covert law enforcement employee ("OCE").

12. Prior to the communications with the Subject Account, the OCE learned of the Subject Account from another target suspected of committing federal violations involving the possession or distribution of child pornography. That additional target referred the OCE to the Subject Account when the OCE expressed interest in "pervs into yung." The additional target then provided the Subject Account to the OCE.

13. After the OCE obtained the Subject Account from the other target, the OCE began communicating with the Subject Account.

14. Depicted below is a selection of further communications between the Subject Account and the OCE on June 21, 2026:

Covert Law Enforcement: Are you a parent?

Subject Account: Wanna talk on phone?

Subject Account: No i cant wait to be a dad

Subject Account: [sends one video depicting apparent CSAM]

5

**[Later in the thread]**

Covert Law Enforcement: R u active with anyone yung rn?

Subject Account: My lil cousin and one of his friends

Subject Account: But thats it

Subject Account: U?

**[Later in the thread]**

Subject Account: I wanna talk on phone and jerk together

Covert Law Enforcement: Luv it

Covert Law Enforcement: Let's do it tomorrow. I'm with family rn

Covert Law Enforcement: And send me the yungesr vid u have so I can jerk to it

Subject Account: [Sends one video depicting apparent CSAM]

Subject Account: U have vids?

Covert Law Enforcement: Any yunger

Subject Account: [Sends one video depicting apparent CSAM]

Covert Law Enforcement: Very nice. Let's definitely chat later

Subject Account: Send some

## C. Identification of Diaz

15. According to information received from Telegram, the Subject Account is assigned the unique user id # 1814553743 and the username kiwed1, and uses display name "Ki Wed." Telegram records further show that phone number (708) 837-1488 (the "Subject Phone") is associated with the account. Telegram provided IP address records for the Subject Account, showing that the Subject Account used IP

6

address 73.246.224.119 on June 24, 2026, and July 20, 2026.

16.     According to records received from AT&T, the Subject Phone is assigned to Julio D. Diaz, with a listed address on the 3200 block of S. 54th Ct., Cicero, Illinois (the "Cicero Residence"). The email address of diazjulio08@gmail.com is also associated with the account. AT&T records show that the Subject Phone has been assigned to Julio D. Diaz since in or around November 2012, and is active as of July 21, 2026.

17.     According to AT&T records, the Subject Phone is an Apple iPhone 13.

18.     According to records received from Comcast, IP address 73.246.224.119 is associated with Comcast subscriber L.A.[4] at the Subject Premises.[5]

19.     Records received from the Illinois Secretary of State ("IL SOS") show that DIAZ has a currently valid Illinois Driver's License, with the Cicero Residence as his listed residence. IL SOS records further show that DIAZ is leasing a vehicle that is registered to him at the Subject Premises.

20.     Records received from Accurint[6] show that DIAZ currently resides at the Subject Premises, is the owner of the Subject Premises, and purchased the Subject Premises in or around 2019. These records show that the Cicero Residence has been

---

[4] This individual's full name is known to law enforcement but has been anonymized to protect their identity.

[5] The Comcast records do not specify south or north Harvey Avenue. Based on my search of this address on Google maps, I know the number designation of the Subject Premises does not exist with a "North" designation, but it does exist with a "South" designation.

[6] Based on my training and experience, I know that Accurint is a computerized database service provided by LexisNexis that compiles public records, commercial data, and historical locator information from thousands of federal, state, local, and private sources into an integrated, searchable repository used for identity verification and asset location.

associated with DIAZ since 2003, but is owned by two individuals older than DIAZ and with the last name "Diaz." Based on the reported ages of these two individuals on Accurint records, law enforcement believes these two individuals to be the parents of DIAZ.

21. Cook County Property Tax records show that DIAZ is currently associated with the Subject Premises.

22. Records received from the Berwyn Police Department show police contacts with DIAZ in 2022 and 2024, in which the Subject Premises is listed as the residence of DIAZ.

23. On or about July 29, 2026, law enforcement conducted surveillance at the Subject Premises and observed a man walking a dog outside of the Subject Premises. Based on a comparison to the listed photograph in DIAZ's current Illinois Driver's License, law enforcement believes the man who exited the Subject Premises was DIAZ.

**D. DIAZ's Distribution of Child Pornography Through April 2026**

24. Based on my review of chats involving the Subject Account, the Subject Account distributed child pornography to Subject 1 on multiple dates between December 11, 2025, through April 14, 2026.

25. More specifically, during a preliminary review of the Telegram chat between the Subject Account and Subject 1, FBI agents observed video files of prepubescent children that, based on my training and experience, constitute child pornography as defined in Title 18, United States Code, Section 2256(8)(A).

Additionally, FBI agents observed a video file sent by the Subject Account to Subject 1 on or about December 16, 2025, at timestamp 6:01:37 AM (UTC-8) that is approximately 10 seconds in length, which depicts a prepubescent male, clothed in a shirt and nude from the waist down, lying on his back on what appears to be a bed. The video further shows an adult woman lean over from the side of that boy and lick the boy's penis and place the penis fully in her mouth.

26. FBI agents also observed a video file sent by the Subject Account to Subject 1 on or about December 18, 2025, at timestamp 6:33:23 AM (UTC-8), that is approximately 33 seconds in length, and which depicts a nude, prepubescent girl lying down on her back, while an adult male holds her legs back towards her body and has his mouth on her vagina.

27. FBI agents also observed a video file sent by the Subject Account to Subject 1 on or about January 2, 2026, at timestamp 12:05:34 AM (UTC-8), that is approximately 49 minutes and 51 seconds in length. In summary, the first 10 minutes of this video depict a prepubescent boy clothed in a karate uniform and standing facing the camera. An adult male enters the frame and is partially in frame undressing down to his underwear. The camera frame is moved down and a mattress directly on the floor with bedding and a headboard can be seen. The adult male then reenters the view and lifts the boy and lays him on his back on the bed. The adult rubs the child's genitals through the uniform. The adult then pulls the boy's pants down and inserts the child's penis in his mouth. Throughout the video, the adult becomes fully nude and continues to remove the boy's clothing. He places what

appears to be lubricant and an item into the child's anus. Throughout the video, the child appears to protest.

28. FBI agents further observed a video file sent by the Subject Account to Subject 1 on or about February 22, 206, at timestamp 10:59:23 AM (UTC-8), that is approximately 37 seconds in length, and which depicts a nude, prepubescent boy lying on his back and crying while an adult male penetrates the child's anus with his penis.

29. In total, a review of Subject 1's cell phone shows that the Subject Account sent Subject 1 approximately 20 video files depicting apparent child pornography from December 11, 2025, to April 14, 2026, via Telegram.

**E. DIAZ's Distribution of Child Pornography on June 21, 2026**

30. As explained in greater detail below, the Subject Account distributed child pornography to a covert law enforcement employee on or about June 21, 2026.

31. FBI agents observed a video file sent via Telegram from the Subject Account to a covert law enforcement employee at 12:33 PM June 21, 2026, which is approximately three minutes and 26 seconds in length. This video depicts a nude adult male, visible from the waist down, kneeling behind a nude child who appears to be a boy based on hair style, and a child based on body size in comparison to the adult's body. The boy is kneeling on all fours, with his hands on his face. The adult and boy are on a bed with white sheets. The camera is behind the adult and boy at a 45-degree angle. They are both facing away from the camera towards the wall where a TV is seen and heard playing what appears to be a cartoon or children's show. The adult's upper thighs touch the child's thighs and buttocks, which are level with the

10

adult's pelvis. The adult pulls the child's waist towards the adult's pelvis. The camera view shifts to a viewpoint down the adult's stomach, where his penis is penetrating the boy's anus.

32.     FBI agents also observed a video file sent via Telegram from the Subject Account to a covert law enforcement employee at 1:26 PM on June 21, 2026, which is approximately two minutes in length. In this video, a prepubescent boy and a pubescent boy appear naked from the waist down. The camera is level with the bed and looking towards the boys from their feet. The prepubescent boy has the older boy's penis in his mouth. The older boy rubs the prepubescent boy's hair and has his hand on the prepubescent boy's buttock. The positioning then changes to the prepubescent boy laying on top of the pubescent boy with the pubescent boy's penis in his mouth and his genitals on top of the pubescent boy's face. The pubescent boy is holding the prepubescent boy's bent leg above his face. The positioning then changes to the pubescent boy lying on his back with his legs up and bent, on the bed and perpendicular to the camera, while the prepubescent boy stands with his thighs touching the pubescent child's upper thigh, and his buttocks towards the camera. The prepubescent boy's right arm is pulsing, and his hand is towards the pubescent boy's genitals and out of view.

33.     FBI agents also observed a video file sent via Telegram from the Subject Account to the covert law enforcement witness at 1:27 PM on June 21, 2026, which is approximately two minutes and 58 seconds in length. This video depicts a prepubescent boy kneeling over on all fours on what appears to be a bed, with his feet

11

towards the camera and head away. The boy is clothed in shoes and blue pants at his knees, exposing his genitals with a focal point on child's anus and genitals. An adult man is standing or kneeling to the side of the child with his hands on the child's buttocks. The man pulls apart the boy's buttocks and leans down and places his mouth on the child's anus. He then lifts and replaces his head multiple times and uses his right hand to pull the child's anus open. The camera is zoomed in on the child's anus while the man continues using his right had to pull it and hold it open. The man straddles the child on his knees, facing towards the camera. The man is visible from the waist down and is clothed in tan pants and a gray shirt. His penis is exposed in his hand, and he masturbates over the child's buttocks while pulling the child's anus apart with his left hand. He places his penis in between the child's buttocks and then removes it and continues masturbating while putting his left index finger in and out of the child's anus. The camera is placed almost directly on the child's anus and the room is darker when the camera zooms out. The camera shifts frame to show a light-colored sheet and a dark colored pillow on what appears to be a bed. The camera frame shifts back to where the child remains kneeling. The adult man places his head over the child's anus and appears to lick it. He then pulls the child's pants back up over child's buttocks and picks the child up off the bed and then sits on the bed and turns the camera off.

**F. Execution of Search Warrant and Arrest of DIAZ**

34. On or about July 31, 2026, a federal search warrant was executed at the Subject Premises, and the Subject Phone was recovered from the possession of DIAZ.

12

Law enforcement's preliminary search of the Subject Phone revealed an Apple account belonging to "Julio Daniel Diaz" on the Subject Phone and a photograph of DIAZ. The preliminary search of the Subject Phone revealed it is assigned phone number (708) 837-1488. Law enforcement's further review of the Subject Phone revealed it has the following characteristics: (a) a 128-gigabyte capacity; (b) model number MLMM3LL/A; (c) serial number HHHGJ0QKX2; and (d) operating system iOS Version 26.5.2.

36. Law enforcement discovered the application Telegram downloaded upon the Subject Phone, with the Subject Account as the account name logged into Telegram. As explained below, law enforcement's review of the Subject Account from the Subject Phone revealed several messages containing child pornography.

36. One chat thread within the Subject Account showed a chat with a user named "Victor M." The last messages sent between the Subject Account and Victor M. were on July 31, 2026. Within this chat thread, over 700 videos had been shared between the Subject Account and Victor M. My review of these videos revealed the videos contained both adult pornography and child pornography, with at least 100 of the videos depicting child pornography. I also observed the videos described above in ¶9 within this chat thread.

37. My review of the Subject Phone also revealed that on or about April 15, 2026, the Subject Account sent a video to Victor M. depicting apparent child pornography. This video was approximately 27 seconds in length. I observed the video to depict a clothed, prepubescent boy being orally penetrated by an adult's penis.

38.     My review of the Subject Phone also revealed that on or about January 30, 2025, the following conversation occurred between the Subject Account and Victor M.:

Subject Account: Whats the yngest u would fuck

Victor M:          They teens, maybe 12 they have to be looking a little mature

Subject Account:   I been with a 12 yo

Victor M:          He fcked you? Like recently?

Subject Account:   No a while back

Subject Account:   I fucked him

Victor M:          Oh how long? And dam you should of invited me too lol

Victor M:          I been wanting one that's my fantasy

Subject Account:   My fantasy is to get gang/raped by 12/13 yo

Victor M:          Dam find some and if you do invite me

Victor M:          You need to record tho

39.     During a consensual interview with FBI agents at the Subject Premises prior to the arrest of DIAZ, DIAZ explained that L.A. was his cousin and had lived with him at the Subject Premises with her adult daughter and minor daughter for approximately seven years, which was when DIAZ had moved in. DIAZ further explained that he owned the residence and he did not have a formal lease agreement with L.A. DIAZ further stated L.A. paid for the internet and everyone in the residence used the same internet connection.

40.     During the interview, DIAZ admitted to FBI agents that he was the only

14

person in the Subject Premises who used the Subject Phone. DIAZ explained he did not use the electronic devices belonging to the other residents of the Subject Premises.

41.     At the time of the search warrant, DIAZ was at the residence alone with the minor resident, whom DIAZ said he was watching over while L.A. was at work.

42.     FBI Agents observed that the basement of the Subject Premises appeared to be where L.A. and her children resided, while DIAZ lived on the main and upper floor of the Subject Premises. FBI Agents discovered that the basement was accessible by a door at the rear of the Subject Premises, as well as a door off of the main floor kitchen. Law enforcement observed that the door to the basement from the kitchen could be locked from the basement side, but not from the main floor kitchen side.

## II.    CONCLUSION

43.     Based on the above information, there is probable cause to believe that DIAZ knowingly possessed material, namely an Apple iPhone 13, bearing IMEI 350108842628072, model number MLMM3LL/A, and serial number HHHGJ0QKX2 (the "Subject Phone") that contained images and videos of child pornography, as

defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor, in violation of Title 18, United States Code, Sections 2252(a)(5)(B) and (b)(2).

FURTHER AFFIANT SAYETH NOT.

/s/Meghan Crooks (MDW w/ permission)

MEGHAN CROOKS
Special Agent, Federal Bureau of
Investigation

SWORN TO AND AFFIRMED by telephone August 1, 2026.

Honorable M. DAVID WEISMAN
United States Magistrate Judge

16